# EXHIBIT A



| Online ACCESS Main Menu | Contact Us | Land Records | Maps | Civil Suits | Criminal Records | Pending Criminal Inquiry | Marriage Licenses | Order History | Your cart contains 0 document(s) | Log Out - research@lockelord.com |
|---|---|---|---|---|---|---|---|---|---|---|

**Ascension Civil Suits Search** - **Suits List** - Suit 134007 Detail

| Title: | AREVALO, NICHOLAS vs AXIOS INDUSTRIAL MAINTENANCE CONTRACT | Judge: | TUREAU, HONORABLE STEVEN C |
|---|---|---|---|
| Cause: | MONIES DUE | Date Filed: | 05/19/2022 |

**View Minutes**

| Part# | Name | Attorney |
|---|---|---|
| P001 | AREVALO, NICHOLAS | CAROLLO, P DAVID |
| D001 | AXIOS INDUSTRIAL MAINTENANCE CONTRACT | UNASSIGNED, |

| Description | Date Filed | Attorney | Image |
|---|---|---|---|
| CITATION AND RETURN | 05/20/2022 | | View (1 pages) |
| JAMIS FORM | 05/20/2022 | | |
| JUDICIAL COLLEGE FUND | 05/20/2022 | | |
| COURTHOUSE BUILDING FUND | 05/20/2022 | | |
| COURTHOUSE BUILDING FUND | 05/20/2022 | | |
| ALLOT D | 05/20/2022 | | |
| VERIFICATION | 05/20/2022 | | View (1 pages) |
| EBR POSTAGE | 05/20/2022 | | |
| POSTAGE | 05/20/2022 | | |
| INDEXING | 05/20/2022 | | |
| CERTIFIED COPY | 05/20/2022 | | |
| AXIOS INDUSTRIAL MAINTENANCE C | 05/20/2022 | | View (1 pages) |
| PHOTO COPIES | 05/20/2022 | | |
| INITIALIZATION FEE | 05/20/2022 | | |
| AXIOS INDUSTRIAL MAINTENANCE C | 05/20/2022 | | |
| STATE TREASURER | 05/20/2022 | | |
| 23RD JDC JUDGES | 05/20/2022 | | |
| PET WAGES OWED | 05/20/2022 | | View (2 pages) |
| G/DEP DAVID CAROLLO ATTY | 05/20/2022 | | |

| | |
|---|---|
| NICHOLAS AREVALO | NUMBER |
| VERSUS | 23RD JUDICIAL DISTRICT COURT |
| AXIOS INDUSTRIAL MAINTENANCE CONTRACTORS, INC | PARISH OF ASCENSION |
| | STATE OF LOUISIANA |
| FILED: 134007 | |
| | DEPUTY CLERK |

RECEIVED AND FILED
BRIDGET HANNA
CLERK OF COURT
2022 MAY 19 P 12: 15

BY_____
DY. CLERK & RECORDER
ASCENSION PARISH, LA.

### PETITION FOR WAGES OWED

Now into court, through his undersigned counsel, comes **NICHOLAS AREVALO**, a person of the full age of majority and a resident of and domiciled in Jefferson Parish, Louisiana, who respectfully represents the following to this Honorable Court:

1.

**DIVISION D**

Made defendant herein is **AXIOS INDUSTRIAL MAINTENANCE CONTRACTORS, INC**, a foreign corporation doing business in Ascension Parish, Louisiana.

2.

Nicholas Arevalo was an employee of the aforementioned defendant and did work for them in Ascension Parish, Louisiana, and as such was paid money for working for this company. However, the company did not pay him all of the money he should have been paid, in particular the overtime that he should be paid during the time period of April 6, 2020 through October 15, 2020 for a total of 794 hours and as such he is owed the sum of thirty-five thousand seven hundred and thirty dollars ($35,730.00) from this company.

3.

Attached hereto and made a part hereof is an hourly time breakdown that had previously been provided to the defendant through their attorney.

4.

Nicholas Arevalo no longer works for this company but in the process of terminating his employment, he made verbal requests for payments in this matter and was not paid.

Subsequently his attorney, P. David Carollo, addressed a letter to the lawyer for the defendant, Mr. J. Michael Rose, in Houston, Texas. He was provided with the spreadsheets that has been indicated and attached hereto and as such there was no response or payment in this matter.

5.

As indicated, amicable demand has been made in this matter all to no avail.

6.

Nicholas Arevalo's plea is that this matter should be handled under Louisiana law and that appropriate penalties with interest and attorney's fees should be awarded him for the failure to pay the monies that are due him in accordance with Louisiana law.

WHEREFORE, Nicholas Arevalo prays this Honorable Court grant him judgment herein and against Axios Industrial Maintenance Contractors, Inc. in the full and true sum of thirty- five thousand, seven hundred and thirty dollars ($35,730.00) plus judicial interest from the date of judicial demand, for statutory attorney's fees, penalties, and interest in this matter from this date of demand and as such, all costs of these proceedings be awarded to him.

P. DAVID CAROLLO
Attorney for Nicholas Arevalo
2228 Second Street
Slidell, LA 70458
Telephone: (985) 643-8223
Facsimile: (985) 643-8338
LA Bar Roll No. 3931

**PLEASE SERVE:**

**AXIOS INDUSTRIAL MAINTENANCE CONTRACTORS, INC**
**Through it's Registered Agent of Service of Process:**
**Corporation Service Company**
**501 Louisiana Avenue**
**Baton Rouge, LA 70802**

2

RECEIVED AND FILED
BRIDGET HANNA
CLERK OF COURT

2022 MAY 19 P 12: 15

BY _____
DY. CLERK & RECORDER
ASCENSION PARISH, LA.

| | |
|---|---|
| **NICHOLAS AREVALO** | **NUMBER** |
| **VERSUS** | **23RD JUDICIAL DISTRICT COURT** |
| **AXIOS INDUSTRIAL MAINTENANCE CONTRACTORS, INC** | **PARISH OF ASCENSION** |
| | **STATE OF LOUISIANA** |
| **FILED:** 134007 | |
| | **DEPUTY CLERK** |

## VERIFICATION OF PETITION

**STATE OF LOUISIANA**

**PARISH OF ASCENSION**

BEFORE ME, the undersigned authority, personally came and appeared **NICHOLAS AREVALO**, who being duly sworn, deposed and said: That he is the petitioner in the above and foregoing petition, that he has read same, and that all of the allegations of fact contained therein are true to the best of his knowledge.

_____
**NICHOLAS AREVALO**

SWORN TO AND SUBSCRIBED before me, this ____ day of ____May____, 2022.

_____
**DAVID CAROLLO**
**NOTARY PUBLIC**
**LA BAR NO. 3931**

3

# CITATION FOR PETITION

| | | |
|---|---|---|
| NICHOLAS AREVALO | **PLEASE RETURN TO** | 23RD JUDICIAL DISTRICT COURT |
| VERSUS | **CLERK OF COURT** | PARISH OF ASCENSION |
| AXIOS INDUSTRIAL MAINTENANCE CONTRACT | | STATE OF LOUISIANA |

DOCKET NUMBER: 00134007D

**SERVE: AXIOS INDUSTRIAL MAINTENANCE CONTRACTORS, INC THROUGH ITS**
REGISTERED AGENT OF SERVICE OF PROCESS: CORPORATION SERVICE COMPANY
501 LOUISIANA AVE
BATON ROUGE, LA.  70802

PARISH OF EAST BATON ROUGE

You are named as a defendant in the above captioned matter.  Attached to this citation is a:

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the 23rd Judicial District Court located at 607 E. Worthey St., Gonzales within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**

A. A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30) days** after service of th amended petition.

B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or within **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE**

This service was ordered by Attorney CAROLLO, P DAVID and was issued by the Clerk of Court on the 20TH day of MAY, 2022.

_____
Deputy Clerk of Court for
Bridget Hanna, Clerk of Court

**SHERIFF'S RETURN**

0014

## CITATION FOR PETITION

NICHOLAS AREVALO

VERSUS

AXIOS INDUSTRIAL MAINTENANCE CONTRACT

**PLEASE RETURN TO CLERK OF COURT**

23RD JUDICIAL DISTRICT COURT

PARISH OF ASCENSION

STATE OF LOUISIANA

DOCKET NUMBER: 00134007D

**SERVE: AXIOS INDUSTRIAL MAINTENANCE CONTRACTORS, INC THROUGH ITS**
REGISTERED AGENT OF SERVICE OF PROCESS: CORPORATION SERVICE COMPANY
501 LOUISIANA AVE
BATON ROUGE, LA.  70802

PARISH OF EAST BATON ROUGE

You are named as a defendant in the above captioned matter. Attached to this citation is a:

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the 23rd Judicial District Court located at 607 E. Worthey St., Gonzales within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**

A. A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30) days** after service of th amended petition.

B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or within **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE**

This service was ordered by Attorney CAROLLO, P DAVID and was issued by the Clerk of Court on the 20TH day of MAY, 2022.

_____
Deputy Clerk of Court for
Bridget Hanna, Clerk of Court

---

**SHERIFF'S RETURN**

Date: 5/27/22
Personal Served:
Dorsha Coudy
By: Dy J. Ealy #120  E.B.R. SHERIFF'S OFFICE

RECEIVED
MAY 2 5 2022

RETURNED
JUN 07 2022
Pam Bernard

0014