# EXHIBIT B

**23RD JUDICIAL DISTRICT COURT FOR THE PARISH OF ASCENSION**

**STATE OF LOUISIANA**

NO. 134,007

**NICHOLAS AREVALO**

**VERSUS**

**AXIOS INDUSTRIAL MAINTENANCE CONTRACTORS, INC.**

FILED:_____          _____

                                                            **DEPUTY CLERK**

**NOTICE OF FILING OF NOTICE OF REMOVAL**

**NOW INTO COURT**, through undersigned counsel, comes the Defendant, Axios Industrial Maintenance Contractors, Inc. ("Axios") to notify the Court that, on the 17th day of June 2022, it filed a Notice of Removal of this action in the office of the Clerk of the United States District Court for the Middle District of Louisiana, asking that this action be removed to, and heard in, the United States District Court rather than in the 23rd Judicial District Court for the Parish of Ascension.  A copy of the Notice of Removal accompanies this Notice of Filing as *Exhibit A* and is made a part hereof.

Axios removed this action pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.  Pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court, together with its filing in this Court, effect the removal of this action and require that this Court proceed no further unless the action is remanded.

1

127509233v.1

Respectfully submitted,

**LOCKE LORD LLP**

_____
BRADLEY C. KNAPP (LA Bar No. 35867)
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130
bknapp@lockelord.com
Telephone (504) 558-5100
Facsimile (504) 681-5200

J. MICHAEL ROSE (*pro hac vice* forthcoming)
Texas State Bar No. 24041819
mrose@lockelord.com
AKILAH F. CRAIG (*pro hac vice* forthcoming)
Texas State Bar No. 24076194
akilah.craig@lockelord.com
600 Travis Street
Suite 2800
Houston, Texas 77002
(713) 226-1200 (Telephone)
(713) 223-3717 (Telecopy

*Counsel for Axios Industrial*
*Maintenance Contractors, Inc.*

2

127509233v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 17th day of June, 2022, a copy of the foregoing Notice of Filing

Notice of Removal was served upon the Plaintiff by Email and U.S. Mail, postage prepaid and

properly addressed to his respective counsel:

P. David Carollo
2228 Second Street
Slidell, LA 70458

_____
Bradley C. Knapp

3

127509233v.1