UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NICHOLAS AREVALO                                    CIVIL ACTION

VERSUS                                              NO. 22-397-JWD-SDJ

AXIOS INDUSTRIAL MAINTENANCE
CONTRACTORS, INC.

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated November 4, 2022, (Doc. 18), to which no objection was filed;

**IT IS ORDERED** that Plaintiff's cause of action is **DISMISSED without prejudice** pursuant to Rule 41(b) and this Court's inherent power, for **failure to prosecute**.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on December 8, 2022.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**